No. 99–7770.  CARROLL v. COYLE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–7771.  SHAW v. CORCORAN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–7772.  SYVERTSON v. HEIT.  Sup. Ct. N. D.  Certiorari denied.

No. 99–7773.  FIORANI v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–7777.  TRAPP v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash.  Certiorari denied.

No. 99–7779.  SCHREIBMAN v. HOLMES ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 99–7782.  WATERHOUSE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–7789.  VAN HOORELBEKE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–7792.  JUSTESEN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–7793.  MCDANIEL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 99–7807.  GARCES-GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7811.  BANDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7824.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–7827.  PINEDA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–7828.  SAYAKHOM v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–7831.  ADAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.